

ORDERED UNSEALED on 02/03/2022   s/ TrishaF

~~SEALED~~
s/ T. Ferris

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

v.

JULIO RAFAEL SEGURA,

          Defendant.

Case No. __22-MJ-334__

**C O M P L A I N T**

Title 18, U.S.C. Section 922 (a)(1)(A)—Dealing in Firearms without a License; Title 18, U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition.

The undersigned complainant being duly sworn states:

### Count 1

Between August 6, 2021, and January 18, 2022, within the Southern District of California, defendant, JULIO RAFAEL SEGURA not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### Count 2

On or about January 10, 2022, within the Southern District of California, defendant, JULIO RAFAEL SEGURA knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Ruger American Pistol, Model 1911, 45 caliber pistol bearing serial number 861-18573; in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____   01/27/2022
JAIME FELIX, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 27th day of January 2022.

_____
ALLISON H. GODDARD
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT
*USA v. JULIO RAFAEL SEGURA*

During the course of my duties as a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), I have learned the following information from having read reports prepared by other law enforcement officers and personal observations. The following does not contain all of the information known to me or other federal agents and state and local officers regarding this investigation but does contain those facts believed to be necessary to establish the requisite probable cause for the violations alleged herein.

In July 2021, ATF special agents received information that identified JULIO RAFAEL SEGURA ("SEGURA") as the manufacturer and trafficker of firearms within the Southern District of California. Federal agents coordinated the purchase and sale of firearms between SEGURA and an ATF undercover agent (UCA). Through text messages and recordings, federal agents learned that SEGURA offered and sold firearms.

A.    THE SALE OF TWO AR PLATFORM UNSERIALIZED RIFLES, PRIVATELY MADE FIREARMS (PMF)

On August 6, 2021, ATF special agents organized a controlled purchase of two AR platform rifles from SEGURA. The meeting was audio and video recorded. At approximately 11:39 a.m., SEGURA met the UCA in a parking lot located at 1349 East Valley Parkway in Escondido, CA. SEGURA got into the UCA's vehicle. SEGURA sold to the UCA two AR platform unserialized rifles determined to be PMFs and two 30-round high-capacity magazines in exchange for $3,000. SEGURA told the UCA that SEGURA could get more rifles.



During the meeting on August 6, 2021, SEGURA stated he was from the "Florence set." I have learned in my experience that Florencia 13 is a criminal street gang. SEGURA stated he could obtain silencers, Glock switches (used to convert semi-automatic firearms into fully automatic machineguns) and ammunition. SEGURA stated the Glock switches he sells are made of metal and have a selector switch to switch from semi-automatic to fully automatic.

B.  SALE OF AN ADDITIONAL AR PLATFORM UNSERIALIZED RIFLE AND AMMO

On October 1, 2021, ATF special federal agents organized another controlled purchase of an AR platform rifle from SEGURA. The meeting was audio and video recorded. At approximately 11:20 a.m., SEGURA met the UCA in a parking lot located at 1200 Auto Park Way in Escondido, California. SEGURA got into the UCA's vehicle. SEGURA sold to the UCA an AR platform unserialized rifle determined to be a PMF in exchange for $2,000. Additionally, SEGURA sold the UCA 830 rounds of assorted .223, 9 mm, and .45 caliber ammunition in exchange for $3,170, which was later confirmed to be ammunition that traveled in and affected interstate commerce, as none of this ammunition is manufactured in the State of California.



SEGURA also explained to the UCA that he was the only person who had a steady supply of firearms in the area. SEGURA was going to ask his associates if they were willing to build pistols.

C.  SALE OF A POLYMER-80 PISTOL, DETERMINED TO BE A PMF AND AMMO

On October 28, 2021, ATF special agents organized another controlled purchase of (1) Polymer-80 pistol from SEGURA. The meeting was audio and video recorded. At approximately 11:00 a.m., SEGURA met the UCA in a parking lot located at 1200 Auto Park Way in Escondido, California. SEGURA got into the UCA's vehicle. SEGURA sold to the UCA a Polymer-80 unserialized pistol determined to be PMF in exchange for $1,100. Additionally, SEGURA included with the sale of the firearm was a 30-round high-capacity magazine and 26 rounds of Tula Cartridge Works 9-millimeter

ammunition, which was later confirmed to be ammunition that traveled in and affected interstate commerce as it was manufacture outside of the State of California.

D.   SALE OF A RUGER AMERICAN PISTOL, .45 CALIBER PISTOL

On January 10, 2022, ATF special agents organized another controlled purchase of (1) Ruger pistol from SEGURA. At approximately 2:00 p.m., SEGURA met the UCA in a parking lot located at 220 Via Rancho Parkway, in Escondido, California. SEGURA got into the UCA's vehicle. The meeting was audio and video recorded. SEGURA sold to the UCA (1) Ruger American Pistol, Model 8639, 45 caliber pistol bearing serial number 861-18573, in exchange for $1,700, which was later confirmed to be a firearm that traveled in and affected interstate commerce as it was manufactured outside of the State of California.



During this meeting on January 10, 2022, while the UCA was inspecting the firearm, SEGURA talked about an unknown female associate who had four unfinished rifles. SEGURA also stated the Ruger being sold was from SEGURA's personal collection, which had an additional 6-7 firearms at SEGURA's residence. When asked if SEGURA wanted to sell his personal firearms, SEGURA stated he did not want to sell all his firearms because he did not want to be without a firearm while SEGURA was out on the streets. SEGURA then boasted about being in and out of jail/prison for the past 24 years.

E.   SALE OF A RUGER, MODEL SR9, 9-MILIMETER PISTOL; A SMITH & WESSON, MODEL SD9VE, 9-MILLIMETER PISTOL; AND A WAFFEN WERKS KNOXVILLE, MODEL AK-74, 545 CALIBER RIFLE

On January 18, 2022, ATF special agents organized another controlled purchase of a Ruger pistol from SEGURA. The meeting was audio and video recorded. At approximately 1:57 p.m., SEGURA met the UCA in a parking lot located at 220 Via Rancho Parkway, in Escondido, California. SEGURA got into the UCA's vehicle. SEGURA sold to the UCA a Ruger, model: SR9, caliber 9-millimeter, bearing serial number 330-85452, with a 30-round high-capacity magazine, in exchange for $1,400; (1) Smith &

Wesson, model: SD9VE, caliber: 9-millimeter, bearing serial number FDB4072 in exchange for $1,500; a Waffen Werks Knoxville, model: AK-74 rifle, Caliber: 545, bearing an obliterated serial number in exchange $3,600. Included with the sale of the firearms was 75 rounds of assorted ammunition. Federal agents later confirmed all firearms and ammunition traveled in and affected interstate commerce.



In addition, during the recorded conversation, the UCA informed SEGURA that the firearms in the vehicle were destined for Mexico. SEGURA mentioned he hasn't been able to get machine guns in a while. SEGURA stated he previously had Mac 10's and Tech 9's firearms shipped from Texas. SEGURA stated he was going to take a trip somewhere around the State of Texas and would be coming back with ammunition, high-capacity magazines, and firearms.

F. <u>SEGURA IS NOT LICENCED TO DEAL IN FIREARMS</u>

The federal Gun Control Act (GCA) requires that all persons who are engaged in the business of dealing in firearms be licensed by ATF. A review of ATF records reveals that SEGURA has never sought nor obtained a license to deal in firearms.

G. <u>SEGURA IS A CONVICTED FELON</u>

Records checks on SEGURA revealed the following relevant criminal history demonstrating that he has been convicted and sentenced for a crime punishable by a term of imprisonment in excess of one year:

| CONVICTION DATE | COURT | CHARGE | TERM OF IMPRIOSNMENT |
|---|---|---|---|
| 01/08/2019 | CASC – San Diego | PC594 (A)(B) – Vandalism (Felony) | 14 months Prison (condition of prob. Firearm restriction) |